1808.

GIBSON
v.
Philadel.
Ins. Co.

---

DUBOSQ *against* The Guardians of the Poor.

IN ERROR.

*Saturday,*
Dec. 24th.

THE record of a judgment against *Dubosq*, at the suit of the defendants in error, was brought by *certiorari* from before an alderman, to the common pleas of *Philadelphia* county; and no exceptions being filed in writing on or before the first argument day after the return, the judgment was affirmed of course, agreeably to a rule of that court. It was then brought by writ of error to this court, and errors assigned.

*S. Levy,* for the plaintiff in error, was now proceeding to open the errors, when

If the judgment of a justice of the peace is affirmed in the common pleas, for want of exceptions in time, agreeably to the rules of that court, this court will not hear objections to it.

*Phillips* produced the rule of the common pleas, and asked whether the court would hear an argument.

Per CURIAM. The court of common pleas has been much harassed by certioraris to justices of the peace, and it has a perfect right, for the despatch of business, to make such a rule, and to enforce it. After the judgment has been affirmed in consequence of the party's neglect, we will not suffer him to disturb it here.

Judgment affirmed.